HENRY M. CHANCE et al., Appellants, *v.* GUARANTY TRUST COMPANY OF NEW YORK et al., Defendants, and BOUDINOT ATTERBURY, Respondent.

Argued January 17, 1940; decided March 5, 1940.

*Robert H. Elder, Adolph Feldblum* and *Samuel Zirn* for appellants.

*Neil P. Cullom* and *Henry W. Steingarten* for defendant, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ., Taking no part: CONWAY, J.